NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
BENEDETTO L. BALDING (Cal. Bar No. 244508)
Assistant United States Attorney
Organized Crime Drug Enforcement
 Task Force Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2274
     Facsimile:  (213) 894-0141
     E-mail:     benedetto.balding@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF AN APPLE IPHONE 8 PLUS, SERIAL NUMBER 354830096627890 | No. 2:18-MJ-03358<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR FIRST EXTENSION OF TIME WITHIN WHICH TO RETAIN AND SEARCH DIGITAL DEVICE; DECLARATION OF BENEDETTO L. BALDING |
|---|---|

    The United States of America, by and through its counsel of record, Assistant United States Attorney Benedetto L. Balding, hereby applies for an order extending by 120 days the time within which the government may retain and search a digital device seized pursuant to a federal search warrant.

    This application is based on the attached declaration of Benedetto L. Balding and the files and records of this case,

//
//
//
//

including the underlying search warrant and affidavit in support thereof.

Dated: April 18, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s/
_____
Benedetto L. Balding
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

**DECLARATION OF BENEDETTO L. BALDING**

I, Benedetto L. Balding, hereby declare and state:

1. I am an Assistant United States Attorney assigned to this investigation for United States Attorney's Office for the Central District of California.

2. This declaration is made in support of a request for an order permitting the government to retain and search, pursuant to the terms of the original warrant in this matter, for an additional 120 days, the following digital device seized pursuant to the warrant described below (the "SUBJECT DIGITAL DEVICE"): an Apple iPhone 8 Plus, serial number 354830096627890, seized on December 11, 2018.

3. On December 20, 2018, Special Agent Christopher Teschke of the United States Secret Service submitted an affidavit in support of an application for a federal search warrant of the SUBJECT DIGITAL DEVICE. A warrant was issued by the Honorable Maria A. Audero, United States Magistrate Judge, authorizing the search of the SUBJECT DIGITAL DEVICE. The warrant, which is incorporated herein by reference, authorized the search of the SUBJECT DIGITAL DEVICE for a period of 120 days to allow the government to search the device for evidence of violations of 18 U.S.C § 472: Uttering Counterfeit Obligations and Securities of the United States, and 18 U.S.C. § 473: Dealing in Counterfeit Obligations and Securities of the United States.

4. On January 3, 2019, United States Secret Service ("USSS") Special Agents began to forensically analyze the SUBJECT DIGITAL DEVICE for evidence relating to the above-mentioned violations.

5.     This is the first request for an extension.  The current deadline by which the government must complete its review of the SUBJECT DIGITAL DEVICE is April 19, 2019.

6.     Based on information provided to me by Special Agent Christopher Teschke, I understand that Apple iPhones are produced with advance encryption features that make it difficult for Digital Forensic Agents to extract the data from these types of devices.  Due to the advance encryption features on the SUBJECT DIGITAL DEVICE, USSS Digital Forensic Agents spent several weeks attempting to unlock or obtain the Personal Identification Number ("PIN") of the SUJECT DIGITAL DEVICE.  On or about April 2, 2019 the SUBJECT DIGITAL DEVICE's encryption was solved and the SUBJECT DIGITAL DEVICE was unlocked.

7.     For the following reasons, the government is requesting an additional 120 days to complete its review of the SUBJECT DIGITAL DEVICE:

   a.     The forensic review of digital devices is time consuming.  Agents cannot simply turn on computers and review their contents because merely turning on a computer and reviewing its contents changes the data on the computer.  Specialized computer software is therefore needed to ensure that evidence remains in a pristine and usable condition, and is not affected by the review process.  The review also must be conducted by agents who have received specialized training to ensure that the review is done thoroughly and in a forensically sound fashion.  This process takes substantial time.

   b.     The SUBJECT DIGITAL DEVICE contains approximately 64 gigabytes of information.  Based on my training and experience, I

know that one gigabyte could hold the contents of about ten yards of books on a shelf.  One hundred gigabytes could hold an entire library floor of academic journals.

      c.    The SUBJECT DIGITAL DEVICE was unlocked on or about April 2, 2019.  This has left USSS Digital Forensic Agents a short period of time to analyze the SUBJECT DIGITAL DEVICE before the warrant expiration date of April 19, 2019.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 18, 2019

                                      /s/

                                BENEDETTO L. BALDING