AO 95
(Rev. 09/12)

# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

## DELAYED-NOTICE SEARCH WARRANT REPORT

The information on this form should be submitted each time judicial action is taken on an application for a delayed-notice search warrant or for an extension of a delayed-notice period. See 18 U.S.C. § 3103a(d)(1).
NOTE: If an extension to the notice period is requested, information will need to be submitted for each extension.

**Please enter the information on this form into the InfoWeb Delayed-Notice Search Warrant Reporting System on the J-Net or into CM/ECF version 6.0 or later, if available.**

For more information, see the Delayed-Notice Search Warrant page on the J-Net.

1. **Name of Judge:** Paul L. Abrams            ( ☐ check if state court judge)

2. **Federal Judicial District:** Central District of California

3. **Date of Application for Delayed Notice:** 4/18/19

4. **Offense (Most Serious) Specified:**
   ☐ Drugs         ☐ Fraud         ☐ Weapons         ☐ Immigration         ☐ Terrorism
   ☐ Sex Offenses  ☐ Theft         ☐ Kidnapping      ☐ Tax
   ☐ Extortion/Racketeering        ☐ Fugitive/Escape/Supervised Release Violation
   ☒ Other (specify): Counterfeiting

5. **Type of Application:**    ☐ Initial request for delay
   ☒ Extension of previously authorized delay
   (Number of extensions previously granted: 0 )

6. **Judicial Action Taken:**   ☐ Denied    ☐ Granted    ☐ Granted as modified

7. **Case Number (e.g., 'mc' Number) of Warrant:**   2 : 19 - MJ - 03358
   office   year   type   number

8. **Period of Delay Authorized in This Action (days):** 120

9. **Preparer's Name:** Benedetto L. Balding         **Title:** AUSA
   **Phone number:** 213-894-2274                    **Date of report:** 4/18/19